```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                          Chapter 11
                                                               Case No. 03-13901 (BRL)
CROSS MEDIA MARKETING,
CORPORATION, et al.,                                           (Jointly Administered)

                    Debtors.
-----------------------------------------------------------x
JOSEPH MYERS, Unsecured Trust
Administrator of CROSS MEDIA
MARKETING CORPORATION, et al.,                                 Adv. Pro. No. 05-02216 (BRL)

                    Plaintiff,

        -against-

ANTHONY R. PIRONTI, RANDALL
GOUSE, RONALD ALTBACH, RICHARD
KAUFMAN, RICHARD COHEN, WILLIAM
R. MORRISSEY, CHET BORGIDA
ANDREW NELSON, RICHARD LEVINSON,
THE HYAID GROUP, INC., a/k/a H.Y.
APPLIED INTER-DATA SERVICES, INC.,
NATIONAL CONSUMER MARKETING,
LLC, and JOHN DOES 1-10,

                    Defendants.
-----------------------------------------------------------x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT 1S HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned adversary proceeding that, pursuant to Federal Rule of Bankruptcy Procedure 7041, the above-captioned adversary proceeding is hereby dismissed as and against defendants Anthony R. Pironti, Ronald Altbach, Richard Kaufman, Richard Cohen, William R. Morrissey, Chet Borgida, Andrew Nelson and National Consumer Marketing, LLC, with prejudice and without costs or fees to any parties.

NYC/317043.1

Dated: New York, New York
January 24, 2007

                                    ARENT FOX LLP

By: */s/ Michael S. Cryan*
    Andrew I. Silfen (AS-1264)
    Schuyler G. Carroll (SC-1234)
    Michael S. Cryan (MC-4887

1675 Broadway
New York, NY 10019
Telephone: 212/484-3900
Facsimile: 212/484-3990

*Counsel for Plaintiff Joseph Myers, Unsecured Trust Administrator of Cross Media Marketing Corporation, et al.*

Dated: New York, New York
January 23, 2007

                                    BROWN RUDNICK BERLACK ISRAELS LLP

By: */s/ Martin S. Siegel*
    Martin S. Siegel (MS-9490)
    Diane M. Nardi (DN-7472)

Seven Times Square
New York, NY 10036
Telephone: 212/209-4800
Facsimile: 212/209-4801

*Counsel for Defendants Randall Gouse, Ronald Altbach, Richard Kaufman, Chet Borgida, and Andrew Nelson*

Dated: New York, New York
January 24, 2007

EATON & VAN WINKLE LLP

By: */s/ Ted G. Semaya*
    Ted G. Semaya (TS-3705)
    Joseph Johnson (JJ-1907)

3 Park Avenue
New York, NY 10016
Telephone: 212/779-9910
Facsimile: 212/779-9928

*Counsel for Defendants Richard Cohen and
William R. Morrissey*


Dated: San Francisco, California
January 24, 2007

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

By: */s/ Kenneth H. Brown*
    Kenneth H. Brown (SBN 100396)
    Pamela E. Singer (SBN 224758)

150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

*Counsel for Defendants Anthony R. Pironti and
National Consumer Marketing LLC*


Dated: New York, New York
February 5, 2007

SO ORDERED:


/s/Burton R. Lifland_____
UNITED STATES BANKRUPTCY JUDGE

NYC/317043.1